JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARIA GOMEZ; RUBEN YEPEZ; and DOES 1 through 10, <br><br> Defendants. | CV 19-8378-RSWL-MRW <br><br> **JUDGMENT** |

**WHEREAS,** the Court Clerk entered default against Defendant Ruben Yepez on November 4, 2019 [13], and against Defendant Maria Gomez (collectively, "Defendants") on November 13, 2019 [15], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS,** this Court **GRANTED** Plaintiff Brian Whitaker's ("Plaintiff") Application for Default Judgment [15],

1

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendants, in accordance with this Court's previous Order granting Plaintiff's Application for Default Judgment as to Plaintiff's ADA claim.  Attorneys' fees are awarded to Plaintiff in the amount of $1,742.50. The Court also awards costs to Plaintiff in the amount of $560. |

    **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and against Defendants, in accordance with this Court's previous Order granting Plaintiff's Application for Default Judgment as to Plaintiff's ADA claim.  Attorneys' fees are awarded to Plaintiff in the amount of $1,742.50. The Court also awards costs to Plaintiff in the amount of $560.

    Furthermore, the Court **GRANTS** Plaintiff's request for entry of an injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendants shall provide compliant accessible sales counters at Valeria's Chiles & Spices, located at 317 S. Broadway, Los Angeles, California in compliance with the Americans with Disabilities Act Accessibility Guidelines.

    As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: February 10, 2020      /s/ Ronald S.W. Lew

                                      **HONORABLE RONALD S.W. LEW**
                                      Senior U.S. District Judge